UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| W. CURT TAYLOR | CIVIL ACTION NO. 04-464 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| NORTH BIENVILLE PARISH FIRE PROTECTION DISTRICT, ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is plaintiff Curt Taylor's "Objections to Magistrate's Ruling on Plaintiff's Motions for Protective Orders." [Doc. No. 31]. Plaintiff appeals Magistrate Judge Mark L. Hornsby's memorandum order [Doc. No. 29], wherein he denied the plaintiff's motions for protective order [Doc. Nos. 9 & 18]. Defendant has filed an opposition to the appeal and plaintiff has filed a reply. The motion is not dispositive, therefore, the rulings will be modified or set aside only if clearly erroneous or contrary to law. Fed. R. Civ. Proc. Rule 72(a). The Court finds that the magistrate did not misconstrue the holding of Hill v. City of Pontotoc, 993 F.2d 422 (5th Cir. 1993). The Court also emphasizes, as did the magistrate judge, that discovery is broad and admissibility of evidence will be determined at a later date. For the reasons provided in the memorandum order, Magistrate Judge Hornsby's order is **AFFIRMED**.

IT IS SO ORDERED.

Shreveport, Louisiana, this __ day of September, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE